FARMERS' LOAN AND TRUST COMPANY, Respondent, *v.* WESTCHESTER COUNTY WATER WORKS COMPANY et al., Respondents, and LOUIS MARSHALL, Appellant.

*Farmers' L. & T. Co.* v. *Westchester County W. W. Co.,* 143 App. Div. 78, affirmed.
(Argued October 15, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 20, 1911, affirming so much of the judgment entered upon a decision of the court on trial at Special Term as dismissed the claim of the appellant herein to a lien upon an award made in condemnation proceedings.

*Louis Marshall,* appellant, in person.

*Arthur J. McClure* for plaintiff, respondent.

*Edward W. Davidson* and *William A. Moore* for defendants, respondents.

Judgment affirmed, with costs, on opinion of WOODWARD, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.    Absent: GRAY, J.